MINUTE ENTRY
NORTH, MJ
SEPTEMBER 18, 2014

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 14-181 |
| HON KIT LAU | SECTION C |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
             X  COUNSEL FOR DEFENDANT    Michael J. Drure
             X  ASSISTANT U.S. ATTORNEY  DAVID HALLER - Jay Ginlass for
             __ INTERPRETER                                      SWORN
             (TIME: _____ .M to _____ .M)

X / READING OF THE INDICTMENT: READ WAIVED SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS
X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **NOVEMBER 6, 2014 AT 9:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE HELEN G. BERRIGAN**

X / TRIAL: **NOVEMBER 17, 2014 AT 10:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE HELEN G. BERRIGAN**

MJSTAR: 00:02