**MINUTE ENTRY**
**BERRIGAN, J.**
**MAY 6, 2015**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 14-181 |
| HON KIT LAU | SECTION: "C" |

### SENTENCING

**APPEARANCES:**   David Haller, Asst. U. S. Attorney
James Michael Small and Michael James Snure, Counsel for Defendant
Hon Kit Lau, Defendant

COURT REPORTER:      Cathy Pepper
COURTROOM DEPUTY:    Kimberly County

Case called; all present and ready.
Plea accepted unconditionally.
Defendant Sentenced to Count 1 of the Superseding Bill of Information.
See Judgment.
Govt's oral motion to dismiss original indictment - SO ORDERED.
Court adjourned.

JS-10:  00:17