UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 14-181 |
| VERSUS | SECTION: C |
| Hon Kit Lau | |

### APPLICATION FOR REFUND OF CASH BOND

I, J. Michael Small , residing at P.O. Box 1470 hereby apply for refund of Two Hundred Fifty Thousand dollars ($250,000.00) being the amount of cash appearance bond deposited in this Court by me on 11/24/2014 on behalf of Hon Kit Lau the defendant in this case, for the reason that the case has been concluded by: SENTENCING.

_[signature]_
Signature- J. Michael Small
Law Offices of J. Michael Small

P.O. Box 1470
Alexandria, LA  71309
(318) 487-8963

72-0872678
Tax ID#

No Objection to return of Cash Bond
_[signature]_
ASSISTANT U.S. ATTORNEY
PETER MANSFIELD

### ORDER

Considering the forgoing,
It is **ORDERED** that the cash bond in the amount of $250,000.00 plus accrued interest less assessment fee be refunded by the Clerk of Court to J. Michael Small.

New Orleans, Louisiana this __28__ day of __May__, 2015

_[signature]_
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.