## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

CR14-181

**IN RE:**
**TEMPORARY REALLOTMENT OF**
**SECTION C CASES**

### GENERAL ORDER

At the request of the presiding judge of Section "C",

**IT IS ORDERED** that the Clerk of Court is hereby **DIRECTED** to reallot and randomly assign all civil and criminal cases now pending and allotted to United States District Judge Helen Ginger Berrigan, Section C, to other United States District Judges for the Eastern District of Louisiana for further handling in accordance with normal case allotment and assignment procedures, without undue delay.  Until and unless further ordered by the undersigned Chief Judge, this reallotment is **TEMPORARY**, but indefinite, and thus the reallotment and reassignment is for all purposes.

**IT IS FURTHER ORDERED** that any civil or criminal case commenced on or after this date be randomly assigned by the Clerk of Court to all United States District Judges for the Eastern District of Louisiana in accordance with the normal allotment and case assignment procedures, but that any case allotted and assigned to United States District Judge Helen Ginger Berrigan, Section C, be temporarily realloted and randomly assigned to another United States District Judge, for all purposes.

New Orleans, Louisiana, this  4th  day of     January, 2016.

2/4/16

REALLOTTED TO

**SECT. N**

_____
**KURT D. ENGELHARDT**
Chief United States District Judge